UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERRY WOODSON,

      Plaintiff,

v.                               CASE NO. 8:17-cv-1495-T-23AEP

RONALD RUSSO, et al.,

      Defendants.

_____/

**<u>ORDER</u>**

The plaintiff alleges:

> For four years [and] six months, the plaintiff, Jerry Woodson was
> illegally profiled by the unknown agents of the Office of Agriculture
> Law Enforcement, by Mental Abuse, Kidnapping and Torture.

> Emotional/Psychological Abuse causes emotional pain, distress or
> anguish. The plaintiff received verbal assault, intimidation, threats,
> insults, harassment and treat from the defendant (unknown agents)
> twenty four hours a day. Two agents abused the Plaintiff 12 hours per
> shift.

> The plaintiff was Sexual Abused as he prepared for bedtime. In the
> form of abuse to the rectum with cold laser to the nerves in and around
> the rectum area to make the Plaintiff homosexual.

(Doc. 1 at 2)  Magistrate Judge Porcelli, who recommends denying leave to proceed

*in forma pauperis* and dismissing the action as frivolous, correctly observes that the

complaint appears "baseless, delusional, and without an arguable basis either in fact

or law."  (Doc. 3 at 3)  Because the plaintiff's objection (Doc. 4) fails to suggest any

merit in the plaintiff's complaint, the objection (Doc. 4) is **OVERRULED**, the report

and recommendation (Doc. 3) is **ADOPTED**, the motion (Doc. 2) for leave to

proceed *in forma pauperis* is **DENIED**, and the action is **DISMISSED**.  The clerk is directed to return to the plaintiff the "miscellaneous box of papers" and to close the case.

ORDERED in Tampa, Florida, on July 21, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE